## CRIMINAL CAUSE FOR PLEADING

BEFORE: MAGISTRATE JUDGE LEVY          DATE: November 25, 2014

_____14-CR-042_____          Case name : USA v. ALI_____

DEFENDANT : ___Dominic Ali_____
    _X_ present ___ not present      ___ cust.    _X_ bail

DEFENSE COUNSEL: __Arthur Aidala_____
    _X_ present ___ not present      ___ CJA   _X_ RET   ___ FD

AUSA: Trowel____          CLERK: _Hannah Roth___

INTERPRETER: NA_____

RECORDING START AND END TIME: __3:47- 4:11_____

_X_ CASE CALLED            ___ DEFT'S FIRST APPEARANCE
DEFT: _X_ SWORN       ___ ARRAIGNED    _X_ INFORMED OF RIGHTS

____ WAIVER OF INDICTMENT FILED
____ INFORMATION FILED
____ DEFTs ENTER GUILTY PLEA TO COUNT(S)_____
     OF THE (SUPERSEDING) INDICTMENT/INFORMATION
_X__ DEFT. WITHDRAWS NOT GUILTY PLEA AND ENTERS GUILTY PLEA TO
     COUNT _2_ OF THE INDICTMENT
_X__ COURT FINDS FACTUAL BASIS FOR THE PLEA
_X__ SENTENCING SET FOR March 19, 2015 AT 9:30am  BEFORE J. _Johnson_
____ SENTENCING TO BE SET BY PROBATION
_X__ BAIL: ___SET   _X_ CONT'D FOR DEFT.    ___ CONT'D IN CUSTODY
____ CASE ADJOURNED TO_____ AT_____
_X__ TRANSCRIPT ORDERED: 3:47-4:11

OTHER: **Pursuant to Federal Rule 11 of Criminal Procedure, the Magistrate Judge did administer the allocution. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced. The Magistrate Judge recommends that the plea of guilty be accepted.**