LAW OFFICES OF
# Aidala, Bertuna, & Kamins, P.C.

ARTHUR L. AIDALA
MARIANNE E. BERTUNA
HON. BARRY KAMINS (RET.)

OTTAVIO V. MANNARINO
MICHAEL JACCARINO

OF COUNSEL
JOSEPH A. BARATTA
JOSEPH P. BARATTA
PAUL D'EMILIA
WILLIAM R. SANTO
PETER S. THOMAS

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (212) 750-8297
WWW.AIDALALAW.COM

8118-13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

VIA DOMENICHINO, N. 35
20149 MILAN, ITALY
TEL: 011 39 02 48012445
FAX: 011 39 02 48008777

May 19, 2015

Hon. Sterling Johnson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: USA v. DOMINIC ALI
    Case # 1:14-CR-00042-SJ-2

Dear Your Honorable Johnson:

    Please accept this letter on behalf of our client, Dominic Ali, which serves to respectfully request Your consent to allow Mr. Ali to leave the State of New York to travel to Miami, Florida for the purpose of removing his belongings from his residence there and preparing it for sale. He would also like to request to be able to travel to North Bloomfield, Ohio to see his family before his impending incarceration.

    Mr. Ali is requesting to drive to Ohio on Sunday, May 24, 2015 where he will be staying at the Best Western Park Hotel in Warren, Ohio and drive back to New York on Monday, May 25, 2015. He would also like to fly to Miami, Florida on Thursday, June 4, 2015 to remove his personal belongings from the condo he and his wife own, put it on the market and begin the process of selling it before he begins his sentence. He will return on Wednesday, June 10, 2015.

    Thank you for your time and attention to this matter. If you should have any questions or concerns, please do not hesitate to contact me at (718) 238-9898.

Respectfully submitted,

Arthur L. Aidala

ALA:dg