


FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 16 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DOMINIC ALI
                       Petitioner,

            ORDER TO SHOW CAUSE
- against -            14 CR 0042 (SJ)

United States Of America
                       Respondent.
----------------------------------------------------------------X
       JOHNSON, D.J.

       Upon the petition pursuant to 28 U.S.C. § 2255 of the Federal Criminal Rules and Procedure, filed on 8/2/2016 a copy of which is attached, it is ORDERED that:

(1) Petitioner is granted leave to proceed *in forma pauperis*;

(2) The United States Attorney, as attorney for respondent, is directed to show cause before this Court why said motion pursuant to 28 U.S.C. § 2255 of the Federal Criminal Rules and Procedure should not be granted by the filing of a return to the petition;

(3) Within twenty (20) days of receipt of this order, the United States Attorney shall serve a copy his return on the petitioner herein and shall file the original thereof, with proof of such service, with Clerk of this Court;

(4) Petitioner, within twenty (20) days of the date of receipt by him of a copy of the return of the United States Attorney, shall file his reply, if any, with proof of service, with Clerk of is Court;

(5) Service of a copy of this Order shall be made by the Clerk of this Court by forwarding a copy hereof, together with a copy of the petition and all subsequent materials filed by the petitioner, to the United States Attorney, and by mailing a copy of this Order to the petitioner;

                                    _____/s/_____
                                    STERLING JOHNSON, JR., U.S.D.J.


DATED:    Brooklyn, New York
                January 10, 2018